UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUINTEN NAVE**<br>  *Plaintiff*,<br><br>v.<br><br>**GULF STATES SERVICES GROUP LLC**<br>**and MARCUS PICKETT HEUCHAN**<br>  *Defendants*. | CIVIL ACTION NO.: 2:20-CV-546(H)(4)<br><br>JUDGE: MILAZZO<br><br>MAG. JUDGE:  ROBY<br><br>COLLECTIVE ACTION |

## MOTION TO ENFORCE SETTLEMENT

Plaintiff/Counterdefendant Quinten Nave, through undersigned counsel, hereby moves on his own behalf and on behalf of all plaintiffs to Enforce the Settlement previously approved by the Court, under seal, R. Doc. 57, and for entry of judgment accordingly.  A memorandum in support, as well as a proposed judgment, is attached.  This motion is brought pursuant to Fed. R. Civ. P. 56 and the caselaw cited in the accompanying memorandum.

Respectfully submitted,

   */s/ Charles J. Stiegler*
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com

   -and-

Justin M. Chopin (La. Bar No. 31100)
Adam P. Sanderson (la. Bar No. 31312)

1

THE CHOPIN LAW FIRM, LLC
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone:   Justin Direct: 504-229-6681
             Adam Direct: 504-517-1675
Facsimile:   504-324-0640
Email:       Justin@ChopinLawFirm.com
             Adam@ChopinLawFirm.com

*Attorneys for Plaintiffs*